**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 9, 2001**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 98-21090
Summary Calendar

———————————

PRINCE DWIGHT MAX-GEORGE,

Petitioner-Appellant,

versus

JOHN D. ASHCROFT, U.S. Attorney General;
RICHARD CRAVENER, District Director,

Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CV-3932
--------------------

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before JOLLY, EMILIO M. GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:*

The district court's judgment of December 1, 1998, dismissing Max-George's application for a writ of habeas corpus under 28 U.S.C. § 2241 for lack of jurisdiction is VACATED. The case is REMANDED to the district court for further consideration consistent with INS v. St. Cyr, 121 S. Ct. 2271, 2278-87 (2001) and Calcano-Martinez v. INS, 121 S. Ct. 2268, 2270 (2001).

———————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The Respondents' motion for leave to file a supplemental brief and Max-George's motion for leave to file a response to the supplemental brief are DENIED.  Max-George's motion for sanctions under 28 U.S.C. § 1927 is not well taken and is DENIED.

VACATED and REMANDED; MOTIONS DENIED.